UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACHILLES CORELLEONE,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendants. | Case No. WD CV 10-4726-GW (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing the Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: November 20, 2011.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE